AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
JAMES J. VILT, JR. - CLERK
FEB 26 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 1:26mj-27-HBB |
| ROBERT SCOTT FROBERG | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 24, 1996__ in the county of __WARREN__ in the __WESTERN__ District of __KENTUCKY__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. Section 1201 | KIDNAPPING RESULTING IN DEATH |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

Communicated by telephone in accordance with Fed.R.Crim. P.4.1 and 41.

*Renee Chouinard* (signature)

*Complainant's signature*

Special Agent Renee S. Chouinard, F.B.I.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 26, 2026

*Judge's signature*

H. BRENT BRENNENSTUHL, U.S. Magistrate Judge
*Printed name and title*

City and state: Bowling Green, Kentucky

BButler