FILED
JAMES J. VILT, JR. - CLERK
FEB 26 2026
U.S. DISTRICT COURT
WESTRN DIST. KENTUCKY

1:26mj-27-HBB

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Renee S. Chouinard, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since May 2019. Prior to my employment with the FBI, I worked as a police officer for two and one-half years and served in the Army and Army National Guard for 12 years. My duties, responsibilities, and training as a Special Agent with the FBI include investigation violations of federal law. I have experience investigating fraud schemes, public corruption, civil rights, and have assisted with numerous investigations involving the sexual exploitation of children.

2. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The statements contained in this affidavit are based on my experience, training, and background as a Special Agent and on information provided to me by other law enforcement officers who have assisted in the investigation. Since this affidavit is being submitted for the purpose of establishing probable cause to secure a Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth the facts that I believe are necessary to establish probable cause to believe that on or about July 24, 1996, **Robert Scott Froberg** (hereafter **Froberg**) was in violation of Title 18, United States Code, Section 1201 (Kidnapping resulting in death).

### PROBABLE CAUSE

3. On or about December 27, 1988, Froberg committed an armed robbery in Montgomery, Alabama. Shortly thereafter, Froberg was arrested and found in possession of paperwork about how to hotwire cars. Subsequently, Froberg was sentenced to a lengthy term of

imprisonment for his armed robbery and began serving his sentence in the Alabama Department of Corrections (ADOC).

4.      In February 1995, prison officials discovered Froberg in possession of two nude pictures of minor girls.

5.      On or about April 3, 1996, Froberg escaped from a prison work detail in Alabama. Shortly thereafter, Froberg robbed an elderly woman and stole her 1986 Oldsmobile. Froberg fled Alabama in the stolen car and ultimately ended up in Mount Carmel, Pennsylvania.

6.      On or about May 20, 1996, Froberg was in a children's tree house just in the wood line from a residential area. A seven-year-old W.A. went to the tree house to see if any of his neighborhood friends were playing. As W.A. was climbing the tree house ladder, Froberg peered over the platform at W.A. Froberg asked W.A. to climb up into the tree house with him. W.A. told Froberg he was going to the store to buy candy. Froberg offered to buy W.A. candy. W.A. told Froberg he would go get his candy money and come back. Instead, W.A. told his mother that a man was in the children's tree house. W.A.'s mother and his sister went to investigate. They discovered Froberg in the children's tree house just as W.A. described. W.A.'s mother immediately called the police. Froberg ran from the police but was apprehended a short distance away.

7.      Froberg was taken to the Northumberland County Jail. On July 16, 1996, Froberg escaped from the Northumberland County Jail by climbing a rain spout to the roof and then using a cable to climb down. Froberg stole a prison employee's bicycle to complete his escape.

8.      In July 1996, Froberg's parents lived at 2001 Speice Ave, Dayton, Ohio, the home in which Froberg spent his formative years. On July 23, 1996, a maroon Chevrolet van with Ohio license plate NM8OUZ was stolen from behind a residence at 1734 Huffman Avenue, Dayton, Ohio, which is approximately a ½ mile from 2001 Speice Ave.

9. On July 24, 1996, seven-year-old Morgan Violi was playing with her six-year-old friend D.M. near the wood line at the Colony Apartments in Bowling Green, Kentucky. A man driving a maroon Chevrolet van was driving through the parking lot. The man exited the van and attempted to snatch six-year-old D.M. D.M. escaped from the man's grasp but the man was able to kidnap Morgan.

10. An adult witness, L.M., saw the kidnapping. She immediately described the van as a burgundy Chevrolet van with a license plate containing the letters MN in blue. She described the perpetrator as a white male, in his 20's, brown hair, thin weight, tanned, wearing blue jeans and a white t-shirt. She described the perpetrator's hair as being shoulder length. A police artist produced the following sketch of the perpetrator:



11. On July 26, 1996, law enforcement located the maroon Chevrolet van stolen from 1734 Huffman Avenue, Dayton, Ohio on July 23, 1996, bearing Ohio license plate NM8OUZ at a 76-truck stop in Williamson County, Tennessee. Law enforcement processed this van for forensic evidence.

12. On October 20, 1996, Morgan's body was located in the woods in White House, Tennessee.

13. On March 5, 1997, the FBI forensic laboratory confirmed a fiber, initially located in the remains of Morgan's hair, was consistent with the fiber of the seat cushion in the stolen 1978 maroon Chevrolet van found at the 76-truck stop on July 26, 1996.

14. Since the 1990s, the processing of DNA has undergone significant advancements including the creation of the Combined DNA Index System (CODIS), a national database that stores DNA profiles for comparison purposes. Due to these known advancements, additional laboratory testing was requested for the hairs found in the vacuum sweepings from the front and back floorboard of the maroon van. The hairs had previously been preserved on glass microscope slides.

15. The FBI extracted a DNA profile from one hair found in the van. The DNA profile was searched through CODIS. CODIS provided a DNA association with Froberg.

16. Subsequently, the FBI and the Bowling Green Police Department (BGPD) began investigating Froberg. Law enforcement learned that Froberg had an association with a now deceased Alabama Department of Corrections (ADOC) nurse while he was serving his sentence for armed robbery. Through interviews with former inmates, law enforcement learned that the former ADOC nurse, who lived in Huntsville, Alabama, provided money and other assistance to some inmates in exchange for sexual favors which provided law enforcement with a lead as to where Froberg was going when he escaped from the Northumberland County Jail. Bowling Green is located on I-65, the route to Huntsville, Alabama.

17. Acting on this information, a BGPD detective and the undersigned traveled to Montgomery, Alabama to interview Froberg. With the assistance of ADOC, Froberg was transported to the FBI office in Montgomery, AL on February 24, 2026.

18. At the outset of the interview *Miranda* rights were read to Froberg. Froberg waived his *Miranda* rights and agreed to speak to law enforcement. In the course of his interview,

Froberg acknowledged encountering W.A. in a tree house in Mount Carmel, Pennsylvania. He admitted to being arrested following his encounter with W.A. Froberg admitted to escaping from the Northumberland County Jail. Froberg admitted that he traveled through Bowling Green, Kentucky on his way to stay in Huntsville, Alabama with the former ADOC nurse.

19. Froberg admitted to exiting I-65 in Bowling Green to obtain marijuana. He went to the Colony Apartments. He saw Morgan in the apartment complex. Froberg admitted to snatching Morgan and throwing her into the maroon Chevrolet van. This was the van stolen in Dayton, Ohio.

20. Froberg admitted that Morgan was crying and screaming as he sped out of Bowling Green. He lied to her and told her he was taking her to her father to calm her. Subsequently, he exited I-65 at White House, Tennessee. He pulled over at a barn.

21. Froberg described Morgan "screaming" and "freaking out." Froberg admitted placing his hand over Morgan's mouth then covering Morgan's mouth with a handkerchief and pulling on the handkerchief with both hands until he strangled Morgan causing her death.

22. Next, Froberg said he stripped off Morgan's clothes and discarded her naked body in the woods near the barn.

23. Froberg admitted he took Morgan's clothes, fearing they contained DNA evidence, and disposed of them in a dumpster. Subsequently, he cleaned the van and abandoned it at the 76-truck stop before heading to Huntsville, Alabama to hideout with the former ADOC nurse. Froberg admitted he stayed in Huntsville for approximately a week before heading back to Pennsylvania where he was arrested on August 21, 1996. The following is a photo of Froberg following his arrest in Pennsylvania:



## CONCLUSION

24. Based on the above information, I respectfully submit that there is probable cause to believe that on or about July 24, 1996, **Robert Scott Froberg** was in violation of Title 18, United States Code, Section 1201 (Kidnapping resulting in death).

Communicated by telephone
in accordance with
Fed.R.Crim. P.4.1 and 41.

Respectfully submitted,

*Renee Chouinard*

_____
Special Agent Renee S. Chouinard
Federal Bureau of Investigation

Subscribed and sworn to before me by email and telephone
on February 26, 2026:

_____
HONORABLE H. BRENT BRENNENSTUHL
UNITED STATES MAGISTRATE JUDGE